# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**JAMES CHARLES GOSTOMSKI,** :
:
**Plaintiff** : **CIVIL ACTION NO. 3:18-0680**
:
**v.** :
: **(JUDGE MANNION)**
**ANDREW M. SAUL,**
**Commissioner of Social Security,** :
**Defendant** :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Cohn, **(Doc. 10)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's appeal of the final decision of the Commissioner denying his claim for DIB, **(Doc. 1)**, is **GRANTED**, and the Commissioner's decision is **REVERSED**;

**(3)** the Commissioner's objections to the report of Judge Cohn, **(Doc. 11)**, are **OVERRULED**;

**(4)** this case is **REMANDED** to the Commissioner for further proceedings; and

**(5)**   the Clerk of Court is directed to **CLOSE THIS CASE**.


                                                    s/ *Malachy E. Mannion*
                                                    **MALACHY E. MANNION**
                                                    **United States District Judge**

**Date: November 4, 2019**

18-0680-01-ORDER.wpd